1  Thiago M. Coelho, SBN 324715
2  thiago@wilshirelawfirm.com
   Binyamin I. Manoucheri, SBN 336468
3  binyamin@wilshirelawfirm.com
4  **WILSHIRE LAW FIRM**
   3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989
7  *Attorneys for Plaintiff and Proposed Class*

8
   Charles Lew, SBN 227495
9  charles@thelewfirm.com
   Isaiah Artest, SBN 320326
10 isaiah@thelewfirm.com
11 **THE LEW FIRM APC**
   9440 Santa Monica Blvd, Suite 301
12 Beverly Hills, CA 90210
13 Telephone: (310) 279-5145
   *Attorneys for Defendant*
14

15                **UNITED STATES DISTRICT COURT**
16
             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
17

18
   THUY THANH ALONZO,                   Case No.: 2:21-cv-08593-FWS-AS
19 individually and on behalf of all
   others similarly situated,           CLASS ACTION
20
21              Plaintiff,              Hon. Fred W. Slaughter

22       v.                            **JOINT NOTICE OF SETTLEMENT**
23
24 CALIFORNIA PATIENTS'
   ALLIANCE, INC., d/b/a HOUSE OF
25 FLOWERS, a California corporation;    Complaint filed:  October 29, 2021
   and DOES 1 to 10, inclusive,         Trial Date:        Not Set
26
27              Defendants.
28

---

JOINT NOTICE OF SETTLEMENT

1   Plaintiff Thuy Thanh Alonzo ("Plaintiff") and Defendant California Patients'
2   Alliance, Inc., d/b/a House of Flowers ("Defendant") hereby notify the Court that
3   the claims of Plaintiff have settled on an individual basis. A Joint Stipulation of
4   Dismissal with Prejudice as to Plaintiff's individual claims and without prejudice
5   as to the putative class will be filed upon execution of a formal settlement agreement
6   in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

7

8   Dated: May 12, 2022                              Respectfully Submitted,

9

10                                                   */s/ Thiago M. Coelho*
                                                     Thiago M. Coelho
11                                                   Binyamin I. Manoucheri
                                                     **WILSHIRE LAW FIRM**
12                                                   *Attorneys for Plaintiff and*
13                                                   *Proposed Class*

14

15  Dated: May 12, 2022                              Respectfully Submitted,

16

17                                                   */s/ Isaiah Artest*
                                                     Charles Lew
18                                                   Isaiah Artest
                                                     **THE LEW FIRM APC**
19                                                   *Attorneys for Defendant*

20

21                      **<u>SIGNATURE ATTESTATION</u>**

22      I hereby attest that all signatories listed above, on whose behalf this Joint
23  Notice is submitted, concur in the filing's content and have authorized the filing.

24  Dated: May 12, 2022               **THE LEW FIRM APC**

25
                                                     */s/ Isaiah Artest*
26                                                   Charles Lew
                                                     Isaiah Artest
27                                                   **THE LEW FIRM APC**
28                                                   *Attorneys for Defendant*

JOINT NOTICE OF SETTLEMENT

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that on May 12, 2022, a true and correct

3

copy of the foregoing was electronically filed with the Clerk of the Court using the

4

Court's CM/ECF system, which sent notification to all counsel of record, who are

5

deemed to have consented to electronic service via the CM/ECF system.

6

7

Dated: May 12, 2022                     */s/ Isaiah Artest*
                                        _____
8                                       Isaiah Artest

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF SETTLEMENT