# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-08593-FWS (ASx) | Date | November 3, 2022 |
| Title | Thuy Thanh Alonzo v. California Patients Alliance, Inc. et al | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Melissa H. Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The court has reviewed the parties' Joint Status Report filed on October 14, 2022. (Dkt. 25.) The court also observes that the parties previously filed a Notice of Joint Settlement on May 12, 2022. (Dkt. 22.) Furthermore, the court notes that although the parties stated they have "reached a solution a finalized a formal Settlement Agreement" on October 14, 2022, (*see* Dkt. 25 at 1), the parties have not filed any additional documents since the Joint Status Report. (*See generally* Dkt.) Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing by **December 5, 2022**, why this case should not be dismissed for lack of prosecution. The parties may discharge this Order to Show Cause by filing a notice of settlement and dismissing the case. Failure to comply with the court's order may result in dismissal. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiffs action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 693, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

                                                          -    :   -

                                 Initials of Deputy Clerk   mku

CC: