NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>CALIFORNIA PATIENTS ALLIANCE, INC. d/b/a HOUSE OF FLOWERS, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-08593-FMS-AS<br><br>*Honorable Fred W. Slaughter*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A) [35]**<br><br>Complaint Filed:　October 29, 2021<br>Trial Date:　　　None Set |

///

///

///

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

1 | Having reviewed and considered the Parties' Joint Stipulation to Dismiss Case with Prejudice pursuant to F.R.C.P. Rule 41(A) [35], and for good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff Thuy Thanh Alonzo and Defendant California Patients Alliance, Inc. d/b/a House of Flowers's joint request that this court enter a **DISMISSAL WITH PREJUDICE as to Plaintiff's individual claims** and **DISMISSAL WITHOUT PREJUDICE as to the absent putative class claims**, is **GRANTED in full**. Each party shall bear her or its own fees and costs.

**IT IS FURTHER ORDERED** that the Order to Show Cause issued on November 3, 2022 [26], is **DISCHARGED**.

Dated: April 7, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE